UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARIA GOMEZ, ET AL., | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:18–CV–00348 |
| | § | |
| STEPHEN MASSEY, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On February 26, 2020, United States Magistrate Judge Andrew M. Edison filed a Memorandum and Recommendation (Dkt. 66) recommending that Defendants' Opposed Motion for Summary Judgment (Dkt. 42) be **GRANTED**.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 66) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Defendants' Opposed Motion for Summary Judgment (Dkt. 42) is **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED this 27th day of March, 2020.

                                                              _____
                                                                          JEFFREY V. BROWN
                                                     UNITED STATES DISTRICT JUDGE