United States District Court
Southern District of Texas
**ENTERED**
June 22, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARIA GOMEZ, ET AL., | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:18–CV–00348 |
| | § | |
| STEPHEN MASSEY, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED MEMORANDUM AND RECOMMENDATION ON BILL OF COSTS

On April 23, 2020, United States Magistrate Judge Andrew M. Edison filed an Amended Memorandum and Recommendation on Bill of Costs (Dkt. 73) recommending that Plaintiffs' Objections to Defendant's Bill of Costs (Dkt. 70) be **OVERRULED**, and that the clerk tax $1,496.00 in costs against Plaintiffs for the written deposition transcript and video of that deposition.

On May 8, 2020, Plaintiffs filed Objections. *See* Dkt. 74. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Amended Memorandum and Recommendation on Bill of Costs; the pleadings; and the record. The Court **ACCEPTS**

Judge Edison's Amended Memorandum and Recommendation on Bill of Costs and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

- Judge Edison's Amended Memorandum and Recommendation on Bill of Costs (Dkt. 73) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

- Plaintiffs' Objections to Defendant's Bill of Costs (Dkt. 70) are **OVERRULED**; and

- The clerk is **ORDERED** to tax $1,496.00 in costs against Plaintiffs.

    It is so **ORDERED**.

    SIGNED on Galveston Island on this, the 22nd day of June, 2020.

    _____
    JEFFREY VINCENT BROWN
    UNITED STATES DISTRICT JUDGE